GRACE Y. PARK (SBN 239928)
gpark@cpmlegal.com
JEFFREY G. MUDD (SBN 326304)
jmudd@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
2716 Ocean Park Blvd., Suite 3088
Santa Monica, California 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Relators*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* DIXIE SWITZER, AS EXECUTOR TO THE ESTATE OF TED SWITZER, AND DIXIE SWITZER<br><br>        Plaintiffs,<br><br>   v.<br><br>ROBERT C. WOOD, II; *et al.*;<br><br>        Defendants. | CASE NO. CV 18-8118-CJC (ASx)<br><br>JOINT NOTICE OF TENTATIVE SETTLEMENT<br><br>Complaint Filed: September 19, 2018 |

Relator Dixie Switzer in her own stead and as executor to the estate of Ted Switzer ("relators") and defendants Michael Maguire, M.D. and Sean Early, M.D., give notice that the parties have reached a comprehensive settlement of all claims between them in this action, subject to the negotiation of mutually agreeable settlement documentation and approval by the United States Department of Justice ("DOJ"). Subject to DOJ approval, relators also anticipate dismissing claims against: (1) The Timberline Group, LLC; and (2) Robert C. Wood, II and Access Medical, LLC ("defaulting parties"), *solely to the extent such claims relate to* Maguire, Early, and the Timberline Group, LLC.[1] Upon approval of the settlement and upon relators' dismissal of the claims alleged against them, defendants Maguire and Early shall dismiss their cross claims against the defaulting parties.

In the parties' experience, the timeline for approval of *qui tam* settlement agreements from DOJ varies dramatically, but typically ranges from 45 to 90 days.

The parties accordingly request that all pre-trial deadlines and the trial date be vacated. The parties will provide an update to the court within 90 days, by which time the parties hope to have received approval from the government, or a more definitive timeline for expected government approval.

Dated: January 30, 2024

COTCHETT, PITRE & McCARTHY LLP

By: _____
GRACE Y. PARK
JEFFREY G. MUDD
*Attorneys for Relators*

Dated: January 29, 2024

RIMÔN PC

By: _____
J. PAUL GIGNAC
CLAIRE K. MITCHELL
*Attorneys for Defendants Michael Maguire M.D. and Sean Early M.D.*

---

[1]    On May 16, 2023, the court severed the remaining defendants from this action and transferred the claims against the severed defendants to the District of Nevada and the Southern District of Georgia (Dkt. 105).