GRACE Y. PARK (SBN 239928)
gpark@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relators*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* DIXIE SWITZER, AS EXECUTOR TO THE ESTATE OF TED SWITZER, AND DIXIE SWITZER<br><br>            Plaintiffs,<br><br>    v.<br><br>ROBERT C. WOOD, II; *et al.*;<br><br>            Defendants. | CASE NO. CV 18-8118-CJC (ASx)<br><br>STATUS REPORT REGARDING SETTLEMENT<br><br>Complaint Filed: September 19, 2018 |

Relator Dixie Switzer, in her own stead and as executor to the estate of Ted Switzer ("relators"), and defendants Michael Maguire, M.D. and Sean Early, M.D. ("defendants" and collectively with relators, "parties") provide the following status report regarding the settlement of this action.

On January 30, 2024, the parties filed their joint notice of settlement of the entire action. (Dkt. 161). That same day, the Court ordered that the "parties shall file a status report regarding settlement within 90 days of this order or within 5 days of the DOJ's approval of the tentative settlement, whichever is sooner." (Dkt. 162).

On April 26, 2024, the parties filed their status report (Dkt. 163), which informed the Court that the parties had agreed upon the terms of three separate settlement agreements that had been submitted for approval to the Department of Justice ("DOJ"), the California Department of Justice ("Cal. DOJ"), and the California Department of Insurance ("CDI") (collectively, "agencies").

On May 23, 2024, the parties filed their second status report (Dkt. 165), which informed the Court that the agencies required additional time to complete their respective review processes for approval.

On July 24, 2024, the parties filed their third status report (Dkt. 166), which informed the Court that DOJ and CDI had completed their review processes and have approved the parties' settlement agreements, but that Cal. DOJ needed additional time to complete its review process due to unforeseen medical and travel issues encountered by the individuals responsible for Cal. DOJ's review.

As of the filing of this fourth status report, Cal. DOJ and CDI have completed their review processes and have approved the parties' settlement agreements. DOJ, however, inadvertently miscalculated certain settlement amounts due to the fact the Medi-Cal program at issue in this action is jointly funded by the United States of America and the State of California. Accordingly, DOJ needs additional time to obtain revised settlement approval for the recalculated amounts.

The parties apologize to the Court for the delay in finalizing the settlement

agreements. The parties believe that everyone involved has worked together in good faith to finalize the agreements but have nevertheless encountered unusual roadblocks to finalizing them. The parties accordingly request that they provide an update to the Court by September 27, 2024, by which time the parties hope to have resolved all remaining issues necessary to close this action.

Dated: August 29, 2024

COTCHETT, PITRE & McCARTHY LLP

By: *s/Grace Y. Park*
GRACE Y. PARK
*Attorneys for Relators*

Dated: August 29, 2024

RIMON PC

By: *s/J. Paul Gignac*
J. PAUL GIGNAC
CLAIRE K. MITCHELL
*Attorneys for Defendants Michael Maguire M.D. and Sean Early M.D.*