GRACE Y. PARK (SBN 239928)
gpark@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relators*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* DIXIE SWITZER, AS EXECUTOR TO THE ESTATE OF TED SWITZER, AND DIXIE SWITZER<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT C. WOOD, II; *et al.*;<br><br>Defendants. | CASE NO. CV 18-8118-CJC (ASx)<br><br>STATUS REPORT REGARDING SETTLEMENT<br><br>Complaint Filed: September 19, 2018 |

Relator Dixie Switzer, in her own stead and as executor to the estate of Ted Switzer ("relators"), and defendants Michael Maguire, M.D. and Sean Early, M.D. ("defendants" and collectively with relators, "parties") provide the following status report regarding the settlement of this action.

On January 30, 2024, the parties filed their joint notice of settlement of the entire action. (Dkt. 161). That same day, the Court ordered that the "parties shall file a status report regarding settlement within 90 days of this order or within 5 days of the DOJ's approval of the tentative settlement, whichever is sooner." (Dkt. 162).

On April 26, 2024, the parties filed their status report (Dkt. 163), which informed the Court that the parties had agreed upon the terms of three separate

settlement agreements that had been submitted for approval to the Department of Justice ("DOJ"), the California Department of Justice ("Cal. DOJ"), and the California Department of Insurance ("CDI") (collectively, "agencies").

On August 29, 2024, the parties informed the Court that Cal. DOJ and CDI have completed their review processes and have approved the parties' settlement agreements. DOJ, however, inadvertently miscalculated certain settlement amounts due to the fact the Medi-Cal program at issue in this action is jointly funded by the United States of America and the State of California. Accordingly, DOJ needs additional time to obtain revised settlement approval for the recalculated amounts.

As of the filing of this report, the parties expect to complete signing the settlement agreements by Tuesday, October 1, 2024, and a stipulation of dismissal by no later than October 11, 2024.


Dated: September 27, 2024          COTCHETT, PITRE & McCARTHY LLP

                                   By:  _s/Grace Y. Park_____
                                        GRACE Y. PARK
                                        *Attorneys for Relators*


Dated: September 27, 2024          RIMON PC

                                   By:  _s/J. Paul Gignac_____
                                        J. PAUL GIGNAC
                                        CLAIRE K. MITCHELL
                                        *Attorneys for Defendants Michael*
                                        *Maguire M.D. and Sean Early M.D.*