GRACE Y. PARK (SBN 239928)
gpark@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relators*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel*. DIXIE SWITZER, AS EXECUTOR TO THE ESTATE OF TED SWITZER, AND DIXIE SWITZER,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT C. WOOD, II; *et al.*;<br><br>Defendants. | CASE NO. CV 18-8118-CJC (ASx)<br><br>STIPULATION OF DISMISSAL<br><br>Complaint Filed: September 19, 2018 |

|   |   |
|---|---|
| 1 | In accordance with the terms and conditions of the applicable ~~September~~, |
| 2 | ~~2024~~, Settlement Agreements among the United States of America, the State of |
| 3 | California, and the California Department of Insurance ("Governments"), Defendants |
| 4 | Michael Maguire, M.D. and Sean Early, M.D. ("Defendants"), and Relator Dixie |
| 5 | Switzer in her own stead and as executor to the estate of Ted Switzer ("Relators"), |
| 6 | Defendants have complied with Sections 1 and 3 of the Settlement Agreements ~~or will~~ |
| 7 | ~~comply by no later than October~~, ~~2024~~. (FCA Settlement Agreement at §§1, 3; |
| 8 | CFCA Settlement Agreement at §§ 1, 3; CIFPA Settlement Agreement at §§ 1, 3). |
| 9 | Accordingly, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, |
| 10 | the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(1), |
| 11 | California False Claims Act ("CFCA"), Cal. Gov't Code § 12652(c)(1), the California |
| 12 | Insurance Fraud & Prevention Act ("CIFPA"), Cal. Ins. Code § 1871.7(g)(2), and the |
| 13 | terms and conditions of the Settlement Agreements, the parties submit this Stipulation |
| 14 | of Dismissal. |

**I.  Claims on Behalf of the Governments**

The Governments and Relators stipulate, through their undersigned counsel, to the entry of an Order: (1) dismissing with prejudice to the United States, the State of California, the California Department of Insurance, and Relators all claims asserted on behalf of the Governments against Defendants concerning the Covered Conduct as the term is defined in Paragraph D of the Settlement Agreements; (2) dismissing without prejudice to the Governments and with prejudice to Relators any other claims asserted on behalf of the Governments against Defendants in this action; and (3) dismissing without prejudice to Relators and the Governments as to the claims asserted against the Defaulting Defendants and Counter-Defendants Robert C. "Sonny" Wood II, Access Medical, LLC, and The Timberline Group, LLC ("Defaulting Defendants and Counter-Defendants").[1]

---

[1] On May 16, 2023, the court severed the remaining defendants from this action and transferred the claims against the severed defendants to the District of Nevada and the Southern District of Georgia (Dkt. 105).

## II. Relators' Claims

Relators stipulate that the amounts, share, fees, and costs pursuant to 31 U.S.C. § 3730(d), Cal. Gov't Code § 12652(g)(8), and Cal. Ins. Code § 1871.7(g)(2) are fair, adequate, and reasonable under all circumstances, will not challenge the settlement, and expressly waive the opportunity for a hearing of any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), Cal. Gov't Code § 12652(e)(2)(B), and Cal. Ins. Code § 1871.7(f)(2)(B).

## III. Defendants' Counterclaims

Defendants dismiss without prejudice all claims asserted by them against Defaulting Defendants and Counter-Defendants.

This stipulation does not waive or otherwise affect the ability of the Governments or any other person to contend that 31 U.S.C. § 3730(b)(3), (b)(5), and (e), Cal. Gov't Code §§ 12652(c)(5), (c)(10), and (d), or Cal. Ins. Code §§ 1871.7(b)(3), (b)(5), and (e), bar Relators or any other person from sharing in the proceeds of the settlement.

Respectfully submitted,

Dated: October 2, 2024

COTCHETT, PITRE & McCARTHY, LLP

By: *Grace Y. Park*
Grace Y. Park
*Attorneys for Relators*

Dated: September 27, 2024

RIMÔN PC

By: *J. Paul Gignac*
J. Paul Gignac
Claire K. Mitchell
*Attorneys for Defendants Sean D. Early, M.D. and Michael Maguire, M.D.*

Dated: ~~September~~ october 2, 2024

By: _____
David M. Finkelstein, Trial Attorney
U.S. Department of Justice
*Attorneys for United States of America*

Dated: September 26, 2024

By: _____
Quisteen S. Shum
Supervising Deputy Attorney General
California Department of Justice
*Attorneys for the State of California*

Dated: September ___, 2024

By: _____
Heather Hoesterey
Counsel for State of California
*Attorneys for California Department of Insurance*

Dated: September ⬛, 2024

By: _____
Quisteen S. Shum
Supervising Deputy Attorney General
California Department of Justice
*Attorneys for the State of California*

Dated: September 25, 2024

By: _____
Nathaniel Spencer-Mork
Counsel for State of California
*Attorneys for California Department of Insurance*